IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NADINE BYRD, as the personal representative of the Estate of Ronald Byrd, deceased;<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD CO.,<br><br>Defendant. | 8:18CV36<br><br>ORDER |

After conferring with counsel,

IT IS ORDERED that the trial, pretrial conference, and all unexpired deadlines in the court final progression order, (Filing No. 17), are vacated.

August 7, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge